FILE COPY

No. 07-15-00082-CV

| | | |
|---|---|---|
| Robert Westerburg, Administrator of the Estate of R.D. West a/k/a Randy Dixon Westerburg<br>  Appellant<br><br>v.<br><br>Western Royalty Corporation<br>  Appellee | §<br>§<br>§<br>§<br>§ | From the 99th District Court<br>  of Lubbock County<br><br>December 11, 2015<br><br>Opinion by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 11, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o